## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUTHCURES and MOIRA KERANS, on behalf of themselves and all others similarly situated,<br><br>                                Plaintiffs,<br><br>v.<br><br>LetsGetChecked, Inc.,<br><br>                                Defendant. | Case No. 3:23-cv-11391 (MGM)<br><br>**Class Action** |

### ASSENTED-TO MOTION TO APPROVE STIPULATION REGARDING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Pursuant to Fed. R. Civ. P. 7 and L.R., D. Mass. 7.1, Defendant LetsGetChecked, Inc., hereby moves to approve the Stipulation Regarding Extension of Time to File Responsive Pleading ("Stipulation") filed herewith. Defendant's counsel makes this request in order to allow for additional time to prepare their response and consult with their client.

Plaintiffs TruthCures and Moira Kerans have assented to the relief sought in this Motion.

WHEREFORE, Defendant respectfully request that the Court enter an order approving the Stipulation.

Dated: July 3, 2023                                    Respectfully submitted,

*/s/ Jesse M. Brush*
Jesse M. Brush (BBO #675526)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
Bank of America Tower
New York, NY 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
jbrush@akingump.com

Anthony T. Pierce (*pro hac vice forthcoming*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Robert S. Strauss Tower
2001 K St. NW
Washington, D.C. 20006
Tel: (202) 887-4000
Fax: (202) 887-4288
apierce@akingump.com

Julie Busta (*pro hac vice forthcoming*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1735 Market St., 12th Floor
Philadelphia, PA 19103
Tel: (215) 965-1200
Fax: (215) 965-1210
jbusta@akingump.com

*Counsel for LetsGetChecked, Inc.*

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

Pursuant to L.R., D. Mass. 7.1(a)(2), counsel for LetsGetChecked, Inc., conferred with counsel for Plaintiffs, who has assented to the relief sought in this motion.

*/s/ Jesse M. Brush*

**CERTIFICATE OF SERVICE**

I, Jesse Brush, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 3, 2023.

*/s/ Jesse M. Brush*