AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| TruthCures, and Moira Kerans | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:23-cv-11391 (MGM) |
| LetsGetChecked, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

LetsGetChecked, Inc.          .

Date:   08/04/2023                                           /s/ Julie A. Busta
                                                        *Attorney's signature*

                                        Julie A. Busta (Admitted Pro Hac Vice)
                                        *Printed name and bar number*
                                        Akin Gump Strauss Hauer & Feld LLP
                                        1735 Market St., 12th Floor
                                        Philadelphia, PA 19103

                                        *Address*

                                        jbusta@akingump.com
                                        *E-mail address*

                                        (215) 965-1200
                                        *Telephone number*

                                        (215) 965-1210
                                        *FAX number*