UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUTHCURES and MOIRA KERANS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LetsGetChecked, Inc.,<br><br>Defendant. | Case No. 3:23-cv-11391 (MGM)<br><br>**Class Action** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs TruthCures and Moira Kerans ("Plaintiffs") and Defendant LetsGetChecked, Inc., by and through their attorneys, hereby stipulate to dismissal of all claims against LetsGetChecked, Inc. in the above-captioned case with prejudice, pursuant to Federal Rule of Civil Procedure 41(a). Each party shall bear its own costs and attorneys' fees.

1

Respectfully submitted,

By their attorneys,

 /s/ Philip Y. Brown
Philip Y. Brown (BBO #552366)
Amelia R. Gray (BBO #675632)
Brown Counsel, LLC
One Marina Park Drive, Suite 1410
Boston, MA  02110
(617) 683-1500
pbrown@browncounsel.com
agray@browncounsel.com

Leo B. Oppenheimer (*Admitted Pro Hac Vice*)
Oppenheimer Law, LLC
3145 Broadway Blvd.
Kansas City, MO 64111
Tel: (816) 631-0611
Fax: (816) 631-0730
Email: loppenheimer@oppenheimer-law.com

J. Benjamin King (*Admitted Pro Hac Vice*)
Reid Collins & Tsai LLP
1601 Elm Street, Suite 4200
Dallas, Texas 75201
Tel: (214) 420-8900
Fax: (214) 420-8909
Email: bking@reidcollins.com

Woodworth Winmill (*Admitted Pro Hac Vice*)
Reid Collins & Tsai LLP
420 Lexington Avenue, Suite 2731
New York, New York 10170
Tel: 212.344.5212
Email: wwinmill@reidcollins.com

*Counsel for TruthCures and Moira Kerans*

/s/ Jesse M. Brush
Jesse M. Brush (BBO #675526)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
One Bryant Park
Bank of America Tower
New York, NY 10036
Tel: (212) 872-1000

Fax: (212) 872-1002
jbrush@akingump.com

Anthony T. Pierce (*Admitted Pro Hac Vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Robert S. Strauss Tower
2001 K St. NW
Washington, D.C. 20006
Tel: (202) 887-4000
Fax: (202) 887-4288
apierce@akingump.com

Julie Busta (*Admitted Pro Hac Vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1735 Market St., 12th Floor
Philadelphia, PA 19103
Tel: (215) 965-1200
Fax: (215) 965-1210
jbusta@akingump.com

John D. Richardson (*Admitted Pro Hac Vice*)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
Robert S. Strauss Tower
2001 K St. NW
Washington, D.C. 20006
Tel: (202) 887-4000
Fax: (202) 887-4288
jdrichardson@akingump.com

*Counsel for LetsGetChecked, Inc.*

Dated: December 28, 2023

### CERTIFICATE OF SERVICE

I, Leo Oppenheimer, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 28, 2023.

/s/ Leo B. Oppenheimer